**HILL, FARRER & BURRILL LLP**
Daniel J. McCarthy (Bar No. 101081)
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071-3147
Telephone: (213) 620-0460
Fax: (213) 624-4840
dmccarthy@hillfarrer.com

Attorneys for Defendants, Counterclaimants, Cross-Complainants and Counterdefendants ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., and Counterdefendants RELIABLE PROPERTIES, INC., and JACK NOURAFSHAN

**FILED & ENTERED**

**JAN 22 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,<br>　　　　Debtors. | Case No. 1:16-bk-12255-GM<br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>　　　　Debtor. | Case No. 1:16-bk-12255-GM<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>　　　　Debtor. | Case No. 1:16-bk-12408-GM<br>Chapter 11 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>　　　　Plaintiff,<br>vs.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, and STATE STREET BANK AND TRUST COMPANY, | Adv. No. 1:17-ap-01040-MT<br><br>**ORDER GRANTING STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>**[No Hearing Set]** |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

| | |
|---|---|
| 1 | Defendants. |
| 2 | ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., |
| 3 | |
| 4 | Counterclaimants, |
| 5 | vs. |
| 6 | DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar, |
| 7 | |
| 8 | Counter-defendant. |
| 9 | |
| 10 | ELKWOOD ASSOCIATES, LLC, and FIELDBROOK, INC., |
| 11 | Cross-claimants, |
| 12 | vs. |
| 13 | ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, and STATE STREET BANK AND TRUST COMPANY, |
| 14 | |
| 15 | |
| 16 | |
| 17 | Cross-defendants. |
| 18 | |
| 19 | HOWARD L. ABSELET, an individual; and ISRAEL ABSELET, an individual, |
| 20 | |
| 21 | Counterclaimants, |
| 22 | vs. |
| 23 | ELKWOOD ASSOCIATES, LLC, a California limited liability company; FIELDBROOK, INC., a California corporation; RELIABLE PROPERTIES, INC., a California corporation; JACK NOURAFSHAN, an individual; CITIVEST FINANCIAL SERVICES, INC., a Nevada corporation; DAVID K. GOTTLIEB, as trustee of the bankruptcy estates of Massoud Aaron Yashouafar and Solyman Yashouafar; FEREYDOUN DAYANI, an individual; SODA PARTNERS, LLC, a California limited |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1 | liability company; DMARC 2007-CD5 GARDEN STREET, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,

Counterdefendants.

The Court, having considered the Stipulation to Extend Non-Expert Discovery Deadline between DAVID K. GOTTLIEB, Chapter 11 trustee; HOWARD L. ABSELET and ISRAEL ABSELET; and ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., RELIABLE PROPERTIES, INC., and JACK NOURAFSHAN, which was filed on January 15, 2019, and good cause appearing,

IT IS HEREBY ORDERED:

1. The February 1, 2019 deadline to complete non-expert discovery in this adversary proceeding is hereby extended to May 1, 2019.

# # # #

Date: January 22, 2019

Maureen A. Tighe
United States Bankruptcy Judge

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147