Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel/Fax: 310/277-6910 / 310/201-0760
E-mail: jrichards@pszjlaw.com
        jlucas@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 11 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>                Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>                Debtor. | Case No.: 1:16-bk-12255-MT<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>                Debtor. | Case No.: 1:16-bk-12408-MT<br>Chapter 11 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11<br>Trustee for Massoud Aaron Yashouafar and<br>Solyman Yashouafar,<br>                Plaintiff,<br>v.<br>ELKWOOD ASSOCIATES, LLC,<br>FIELDBROOK, INC., CITIVEST<br>FINANCIAL SERVICES, INC., ISRAEL<br>ABSELET, HOWARD ABSELET, CHASE<br>MANHATTAN MORTGAGE COMPANY,<br>QUALITY LOAN SERVICE<br>CORPORATION, SODA PARTNERS,<br>LLC, DMARC 2007-CD5 GARDEN<br>STREET, AND<br>STATE STREET BANK AND TRUST<br>COMPANY,<br>                Defendants. | Adversary No.: 1:17-ap-01040<br><br>**TRUSTEE'S OPPOSITION TO MOTION TO TEMPORARILY STAY TRIAL**<br><br>Date:    September 11, 2019<br>Time:   10:00 a.m.<br>Place:   Ctrm. 302 |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

David K. Gottlieb, as Chapter 11 trustee for Massoud Aaron Yashouafar and Solyman Yashouafar (the "Trustee") hereby files his Opposition (the "Opposition") to the motion (the "Motion") filed by the Nourafshan Parties seeking to temporarily stay the trial herein until after the Ninth Circuit Court of Appeals rules on the Nourafshan Parties' petition for writ of mandamus (the "Petition"). All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion. The facts relevant to the Motion and this Opposition are set forth at length in the Motion and will not be repeated in this Opposition.

In the Petition (a true and correct copy of which is attached as Exhibit "C" to the Declaration of Daniel J. McCarthy filed in support of the Motion), Elkwood clearly and unequivocally acknowledged that it is not entitled to a jury trial on the Trustee's fraudulent transfer claims relating to the Rexford Home (i.e., the Second, Third and Sixth Claims for Relief set forth in the operative Third Amended Complaint, as they pertain to Elkwood).

> The District Court held (and Petitioners did not dispute) that Elkwood impliedly waived its right to a jury trial on the Trustee's fraudulent transfers [*sic*] claim as to the below-described "Rexford Home" only as against Elkwood only because Elkwood filed a proof of claim in the chapter 11 case of Solyman Yashouafar [*sic*].

Petition, at page 2.[2] The Nourafshan Parties again acknowledge this position in the Motion. Motion, page 3, lines 10-12 ("With the sole exception of the Trustee's fraudulent transfer claims against Elkwood as to the Rexford Home only, the Nourafshan Parties are entitled to a jury trial . . . .").

Based upon the foregoing acknowledgements, and in order to simplify and expedite the trial in this matter, by e-mail dated August 24, 2019, the Trustee and Defendants, Cross-Claimants and Counterclaimants Howard L. Abselet and Israel Abselet (collectively, the "Abselets"): advised the Nourafshan Parties that they had determined to dismiss all of their claims asserted in this Adversary Proceeding with the exception of the Trustee's First Claim for Relief and the Abselets' First Claim for Relief (both for quiet title and upon which this Court has already ruled pursuant to cross-summary judgment motions) and the Trustee's Second, Third and Sixth Claims for Relief, as to

---

[2] The Petition erroneously states that Elkwood's proof of claim was filed in the chapter 11 case of Solyman Yashouafar. However, the claim, for rent, allegedly relating to the Rexford Home, was filed in the chapter 11 case of Massoud Yashouafar. *See* Proof of Claim No.28.

2

Elkwood only (which assert claims to avoid and recover actual fraudulent transfer claims); and requested that the Nourafshan Parties stipulate to said dismissals. A true and correct copy of said e-mail is attached hereto as Exhibit "A." The following day, August 25, 2019, the Trustee and the Abselets transmitted to counsel for the Nourafshan Parties a proposed form of stipulation and order, to effect the dismissals referenced in the e-mail of the preceding day. A true and correct copy of said e-mail is attached hereto as Exhibit "B."

As of the filing of this Opposition, the Nourafshan Parties have not indicated whether they will agree to the Trustee's and the Abselet's request to stipulate to the dismissal of various claims, which dismissal would clearly moot not only the Petition but also the Motion. The Trustee and the Abselets remain hopeful that the Nourafshan Parties will stipulate and agree to the proposed dismissal of claims. However, in the event no agreement is reached and no stipulation is filed with this Court by the close of business on August 29, 2019, the Trustee and the Abselets intend to file a motion seeking an order of the Court permitting the requested dismissals. Such a motion will be brought either on a request for shortened notice, or, in the alternative, upon regular notice and with a request that the hearing on the Motion be continued so as to be heard at the same time as the Trustee's and the Abselets' dismissal motion.

Dated: August 27, 2019

PACHULKSI STANG ZIEHL & JONES LLP

By: *Jeremy V. Richards*
    Jeremy V. Richards
        Attorneys for Plaintiff DAVID K. GOTTLIEB

DOCS_LA:324093.1 32274/001

# EXHIBIT A

## Jeremy Richards

| | |
|---|---|
| From: | Jeremy Richards |
| Sent: | Saturday, August 24, 2019 9:30 AM |
| To: | 'McCarthy, Daniel J.' |
| Cc: | hdavid@davidfirm.com; 'Hayim Gamzo' (HGamzo@davidfirm.com); Diane Conniff (dmclawny@gmail.com); David K. Gottlieb (dgottlieb@dkgallc.com); John W. Lucas; 'Timothy Carl Aires'; Jeremy Richards |
| Subject: | Trustee v. Elkwood. |
| Follow Up Flag: | Follow up |
| Due By: | Monday, August 26, 2019 4:00 PM |
| Flag Status: | Flagged |

To avoid further delays and expense, the Abselets have determined to dismiss all of their claims, and the Trustee will dismiss all of his claims other than those for actual intent against Elkwood with respect to the Rexford foreclosure (i.e. the trial will proceed only as to the Trustee's Second and Third Claims for Relief, as to Elkwood only, and Elkwood's counterclaim for administrative rent, although we are going to argue that this latter claim, and the balance of Elkwood's claims against the estate, should be addressed in a separate, claims objection procedure).  These dismissals will moot the motion to stay and the mandamus petition and greatly simplify matters as we go forward.

We are preparing a stipulation in the form that was used previously for the Abselets' dismissal of their bid chilling claim.  We will get it to you on Monday.

The dismissal of these claims will have a significant, and presumably simplifying impact on the joint pretrial stipulation. I suggest we set a call for Monday or Tuesday to "meet and confer" as to the current draft and how it will need to be edited in light of the dismissals and a number of other issues that the Trustee has regarding your edits.

Finally, I have an important event that I need to attend on the morning of September 20.  I was wondering whether, with your permission, I may ask the court to either advance or push back the pretrial conference by a few days.

Thank you for your anticipated courtesy and co-operation. We will send over the dismissal stipulation Monday morning.


Jeremy Richards
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2346
Tel: 310.277.6910 | Fax: 310.201.0760
jrichards@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

1

**EXHIBIT B**

# Jeremy Richards

| | |
|---|---|
| **From:** | Jeremy Richards |
| **Sent:** | Sunday, August 25, 2019 10:21 AM |
| **To:** | 'McCarthy, Daniel J.' |
| **Cc:** | hdavid@davidfirm.com; John W. Lucas |
| **Subject:** | Trustee v. Elkwood |
| **Attachments:** | DOCS_LA-#324028-v1-Dismisaal_Stip.docx; DOCS_LA-#324029-v1-Dismissal_Order.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Monday, August 26, 2019 4:00 PM |
| **Flag Status:** | Flagged |

Further to my e mail of yesterday, attached please find draft forms of the stipulation and order re dismissal, which I believe follow the format previously used in this case.

Please let me know if you have any comments. Thank you.


Jeremy Richards
Pachulski Stang Ziehl & Jones LLP
Direct Dial: 310.772.2346
Tel: 310.277.6910 | Fax: 310.201.0760
jrichards@pszjlaw.com
vCard | Bio | LinkedIn



Los Angeles | San Francisco | Wilmington, DE | New York | Costa Mesa

1  Jeremy V. Richards (CA Bar No. 102300)
   John W. Lucas (CA Bar No. 271038)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Tel/Fax: 310/277-6910 / 310/201-0760
4  E-mail:  jrichards@pszjlaw.com
              jlucas@pszjlaw.com
5
   Attorneys for David K. Gottlieb,
6  Chapter 11 Trustee of the Estates of Solyman
   Yashouafar and Massoud Aaron Yashouafar
7

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>                       Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>                       Debtor. | Case No.: 1:16-bk-12255-MT<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>                       Debtor. | Case No.: 1:16-bk-12408-MT<br>Chapter 11 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>                       Plaintiff,<br>v.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND<br>STATE STREET BANK AND TRUST COMPANY,<br>                       Defendants. | Adversary No.: 1:17-ap-01040<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS** |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are:  Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

DOCS_LA:324028.1 32274/001

Plaintiff and Counterclaim Defendant David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), Defendants, Cross-Defendants, and Counterclaimants Howard L. Abselet and Israel Abselet (together, the "Abselets"), and Defendants, Counterdefendants, Crossclaimants, and/or Counterclaimants Elkwood Associates, LLC ("Elkwood"), Fieldbrook, Inc., Reliable Properties, and Jack Nourafshan (collectively, the "Nourafshan Parties"), enter into this Stipulation (the "Stipulation") to Dismiss Certain Claims with respect to the following recitals of fact:

## RECITALS

1.  On March 5, 2018, the Trustee filed his currently operative Third Amended Complaint (Dkt. 80). In his Third Amended Complaint, the Trustee asserts various claims for relief against various defendants. The Court has adjudicated certain of those claims for relief through rulings on motions to dismiss and motions for summary judgment, but certain other claims for relief remain pending.

2.  On October 10, 2018, the Abselets filed their First Amended Counterclaim in this action. Dkt. 151. The Court has adjudicated certain of those claims for relief through rulings on motions to dismiss and motions for summary judgment, but certain other claims for relief remain pending.

3.  This matter is set for trial commencing on October 16, 2019.

4.  To simply the trial, the Trustee and the Abselets wish to dismiss all of their respective claims that have not already been dismissed <u>other than</u> (A) the Trustee's First Claim for Relief to Quiet Title, which this Court summarily adjudicated in favor of the Trustee; (B) the Trustee's Second Claim for Relief to Avoid Transfer/Foreclosure of Rexford Home as an Actual Fraudulent Transfer – 11 U.S.C. § 548(a)(1)(A)), but only as against Elkwood; (C) the Trustee's Third Claim for Relief to Avoid Transfer/Foreclosure of Rexford Home as an Actual Fraudulent Transfer –11 U.S.C. § 544(b) and Section 3439.04(a)(1) of California Civil Code, but

2

only as against Elkwood; (D) the Trustee's Sixth Claim for Relief to Recover Rexford Home – 11 U.S.C. § 550), but only against Elkwood, and (E) all of the Abselets' Claim for Relief other than the Abselets' First Claim for Relief for Declaratory Relief re the Rexford Foreclosure Sale, which this Court effectively summarily adjudicated in the Trustee's and the Nourafshan Parties' respective motions for summary judgment.

5.  The Nourafshan Parties agree to allow the Trustee and the Abselets to dismiss their various Claims for Relief as set forth above.

## STIPULATIONS

THE PARTIES TO THIS STIPULATION THEREFORE STIPULATE AND AGREE, by and through their respective counsel of record, that:

1.  The Court may enter an order in the form attached as Exhibit "1" to this Stipulation.

2.  Each signatory to this Stipulation represents and warrants that he is authorized to sign and deliver this Stipulation on behalf of the parties for whom he signs this Stipulation.

3.  This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

4.  The foregoing Stipulation is approved as to form and content, and counsel of record for the respective parties join in this Stipulation, and on behalf of their respective clients do hereby so stipulate.

5.  The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of, this Stipulation and the Order on this Stipulation.

6.  The Order on this Stipulation may be entered immediately upon execution and filing of this Stipulation.

3

DOCS_LA:324028.1 32274/001

DATED: August __, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeremy V. Richards
    Jeremy V. Richards, Esq.
    John W. Lucas, Esq.
Counsel to DAVID K. GOTTLIEB, Chapter 11 Trustee

THE DAVID FIRM®

By: _____
    Henry S. David, Esq.
    Hayim M. Gamzo, Esq.
Counsel to HOWARD L. ABSELET and ISRAEL ABSELET

HILL, FARRER & BURRILL LLP

By: _____
    Daniel J. McCarthy, Esq.
Counsel to ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., RELIABLE PROPERTIES, and JACK NOURAFSHAN

4

DOCS_LA:324028.1 32274/001

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>　　　　　　　　　　　Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>　　　　　　　　　　　Debtor. | Case No.: 1:16-bk-12255-MT<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>　　　　　　　　　　　Debtor. | Case No.: 1:16-bk-12408-MT<br>Chapter 11 |
| Affects:<br>☑  Both Debtors<br>☐  Solyman Yashouafar<br>☐  Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>　　　　　　　　　　　Plaintiff,<br>　v.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　　　　　　　Defendants. | Adversary No.: 1:17-ap-01040<br><br>**ORDER ON STIPULATION TO DISMISS CERTAIN CLAIMS** |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

DOCS_LA:324029.1 32274/001

Having read and considered Stipulation (the "Stipulation") by and among Plaintiff and Counterclaim Defendant David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), Defendants, Cross-Defendants, and Counterclaimants Howard L. Abselet and Israel Abselet (together, the "Abselets"), and Defendants, Counterdefendants, Crossclaimants, and/or Counterclaimants Elkwood Associates, LLC ("Elkwood"), Fieldbrook, Inc., Reliable Properties, and Jack Nourafshan (collectively, the "Nourafshan Parties"), to Dismiss Certain Claims, and for good cause,

**THE COURT HEREBY ORDERS THAT**:

1. The Stipulation is APPROVED, as set forth in this Order.

2. The Second, Third, and Sixth Claims for Relief in the Trustee's Third Amended Complaint, and each of them, are DISMISSED WITHOUT PREJUDICE as against Fieldbrook, Inc. only (and not against Elkwood).

3. The Fourth, Fifth, Seventh, Eighth, and Ninth Claims for Relief in the Trustee's Third Amended Complaint, and each of them, are DISMISSED WITHOUT PREJUDICE as against all defendants.

4. The Third, Sixth, and Seventh Claims for Relief in the Abselets' First Amended Counterclaim (Dkt. 151), and each of them, are DISMISSED WITHOUT PREJUDICE as against all counter-claim defendants.

5. The Court does not rule on the merits of any of the Claims for Relief that the Court dismisses by this Order. None of the Trustee, the Abselets, or the Nourafshan Parties shall be deemed the prevailing party on those Claims for Relief, and no party shall be entitled his/its attorney's fees and costs solely attributable to litigating those Claims for Relief.

6. For all other purposes, the Third Amended Complaint continues to be the Trustee's operative Complaint, and the First Amended Counterclaim remains the Abselets' operative Counterclaim.

DOCS_LA:324029.1 32274/001

7. The Nourafshan Parties (and all other defendants and counterclaim defendants) need not file an amended response to the Third Amended Complaint or the First Amended Counterclaim. (This Order shall not affect any party's outstanding obligation to serve and file a response to the Third Amended Complaint or the First Amended Counterclaim.)

8. This Order shall be immediately effective upon entry.

9. The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of, the Stipulation and this Order.

Dated: _____

_____
The Honorable Maureen Tighe
United States Bankruptcy Court Judge

3

DOCS_LA:324029.1 32274/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:  10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***TRUSTEE'S OPPOSITION TO MOTION TO TEMPORARILY STAY TRIAL*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __August 27, 2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) August 27, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356

☒    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 27, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2019 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

DOCS_LA:324093.1 32274/001

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

**Mailing Information for Case 1:17-ap-01040-MT**

- *Timothy C Aires    tca@arlawyers.com, mdkhan@arlawyers.com*
- *Henry S David    hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com*
- *John W Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow    amcdow@foley.com, lbonvissuto@foley.com;Ffarivar@foley.com;swilson@foley.com*
- *Tomas A Ortiz    tortiz@garrett-tully.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards    ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov*

5

DOCS_LA:324093.1 32274/001