Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel/Fax: 310/277-6910 / 310/201-0760
E-mail:  jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 11 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br>　　　　　　　　　　Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>　　　　　　　　　　Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>　　　　　　　　　　Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 11 |
| Affects:<br>☒ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>　　　　　　　　　　Plaintiff,<br>v.<br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND<br>STATE STREET BANK AND TRUST COMPANY,<br>　　　　　　　　　　Defendants. | Adversary No.: 1:17-ap-01040<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS** |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

Plaintiff and Counterclaim Defendant David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), Defendants, Cross-Defendants, and Counterclaimants Howard L. Abselet and Israel Abselet (together, the "Abselets"), Defendants, Counterdefendants, Crossclaimants, and/or Counterclaimants Elkwood Associates, LLC ("Elkwood"), Fieldbrook, Inc., Reliable Properties, and Jack Nourafshan (collectively, the "Nourafshan Parties"), and Defendant and Counterclaim Defendant DMARC 2007-CD5 Garden Street, LLC enter into this Stipulation (the "Stipulation") to Dismiss Certain Claims with respect to the following recitals of fact:

## RECITALS

1.  On March 5, 2018, the Trustee filed his currently operative Third Amended Complaint. Dkt. 80. In his Third Amended Complaint, the Trustee asserts various claims for relief against various defendants. The Court has adjudicated certain of those claims for relief through rulings on motions to dismiss and motions for summary judgment, but certain other claims for relief remain pending.

2.  On August 7, 2018, Elkwood filed its First Amended Counterclaim in this action. Dkt. 109. The Court has adjudicated certain of those claims for relief through rulings on motions for summary judgment, but certain other claims for relief remain pending.

3.  This matter is set for trial commencing on October 16, 2019.

4.  On October 10, 2018, the Abselets filed their First Amended Counterclaim in this action. Dkt. 151. The Court has adjudicated certain of those claims for relief through rulings on motions to dismiss and motions for summary judgment, but certain other claims for relief remain pending.

5.  To potentially avoid or, at a minimum, simplify any trial, the Trustee and the Abselets wish to dismiss all of their respective claims that have not already been

DOCS_LA:324028.2 32274/001

dismissed or adjudicated, and Elkwood wishes to dismiss its First Claim for Relief for Payment of Administrative Expense Claim.

6. Concurrent with the filing of this Stipulation in this adversary proceeding, the Parties are filing a Stipulation for Withdrawal of Claim No. 28-1 in the bankruptcy case of Massoud Aaron Yashouafar (Case No.: 1:16-bk-12408-GM).

7. Each Party agrees to allow the other Parties to dismiss their various Claims for Relief as set forth above.

## STIPULATIONS

THE PARTIES TO THIS STIPULATION THEREFORE STIPULATE AND AGREE, by and through their respective counsel of record, that:

1. The Court may enter an order in the form attached as Exhibit "1" to this Stipulation.

2. The effectiveness of this Stipulation and the Stipulation for Withdrawal of Claim No. 28-1 by Elkwood Associates, LLC in the bankruptcy case of Massoud Aaron Yashouafar (Case No.: 1:16-bk-12408-GM), and the orders approving those Stipulations is conditioned on both Stipulations being approved by final orders of this Court, which orders are not subject to appeal or motions for reconsideration.

3. Each signatory to this Stipulation represents and warrants that he is authorized to sign and deliver this Stipulation on behalf of the parties for whom he signs this Stipulation.

4. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

5. The foregoing Stipulation is approved as to form and content, and counsel of record for the respective parties join in this Stipulation, and on behalf of their respective clients do hereby so stipulate.

DOCS_LA:324028.2 32274/001

5. The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of, this Stipulation and the Order on this Stipulation.

6. The Order on this Stipulation may be entered immediately upon execution and filing of this Stipulation.

DATED: September 3, 2019

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br><br>By: */s/ Jeremy V. Richards*<br>Jeremy V. Richards, Esq.<br>John W. Lucas, Esq.<br>Counsel to DAVID K. GOTTLIEB, Chapter 11 Trustee | THE DAVID FIRM®<br><br>By: _____<br>Henry S. David, Esq.<br>Tayim M. Gamzo, Esq.<br>Counsel to HOWARD L. ABSELET and ISRAEL ABSELET |
| HILL, FARRER & BURRILL LLP<br><br>By: _____<br>Daniel J. McCarthy, Esq.<br>Counsel to ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., RELIABLE PROPERTIES, and JACK NOURAFSHAN | AIRES LAW FIRM<br><br>By: _____<br>Timothy Carl Aires, Esq.<br>Counsel to DMARC 2007-CD5 GARDEN STREET, LLC |

5

DOCS_LA:324269.2 32274/001

6. The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of, this Stipulation and the Order on this Stipulation.

7. The Order on this Stipulation may be entered immediately upon execution and filing of this Stipulation.

DATED: September 3, 2019

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Jeremy V. Richards
    Jeremy V. Richards, Esq.
    John W. Lucas, Esq.
Counsel to DAVID K. GOTTLIEB, Chapter 11 Trustee

THE DAVID FIRM®

By: _____
    Henry S. David, Esq.
    Hayim M. Gamzo, Esq.
Counsel to HOWARD L. ABSELET and ISRAEL ABSELET

HILL, FARRER & BURRILL LLP

By: _____
    Daniel J. McCarthy, Esq.
Counsel to ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., RELIABLE PROPERTIES, and JACK NOURAFSHAN

AIRES LAW FIRM

By: /s/ Timothy Carl Aires
    Timothy Carl Aires, Esq.
Counsel to DMARC 2007-CD5 GARDEN STREET, LLC

# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and<br>MASSOUD AARON YASHOUAFAR,[1]<br>                        Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| In re:<br>SOLYMAN YASHOUAFAR,<br>                        Debtor. | Case No.: 1:16-bk-12255-GM<br>Chapter 11 |
| In re:<br>MASSOUD AARON YASHOUAFAR,<br>                        Debtor. | Case No.: 1:16-bk-12408-GM<br>Chapter 11 |
| Affects:<br>☑ Both Debtors<br>☐ Solyman Yashouafar<br>☐ Massoud Aaron Yashouafar | |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>                        Plaintiff,<br>v.<br><br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND<br>STATE STREET BANK AND TRUST COMPANY,<br>                        Defendants. | Adversary No.: 1:17-ap-01040<br><br>**ORDER ON STIPULATION TO DISMISS CERTAIN CLAIMS** |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

Having read and considered Stipulation (the "Stipulation") by and among Plaintiff and Counterclaim Defendant David K. Gottlieb, Chapter 11 Trustee of the Estates of Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), Defendants, Cross-Defendants, and Counterclaimants Howard L. Abselet and Israel Abselet (together, the "Abselets"), Defendants, Counterdefendants, Crossclaimants, and/or Counterclaimants Elkwood Associates, LLC ("Elkwood"), Fieldbrook, Inc., Reliable Properties, and Jack Nourafshan (collectively, the "Nourafshan Parties"), and Defendant and Counterclaim Defendant DMARC 2007-CD5 Garden Street, LLC to Dismiss Certain Claims, and for good cause,

**THE COURT HEREBY ORDERS THAT**:

1. The Stipulation is APPROVED, as set forth in this Order.

2. The Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, and Ninth Claims for Relief in the Trustee's Third Amended Complaint (Dkt. 80), and each of them, are DISMISSED WITH PREJUDICE as against all defendants. For avoidance of any ambiguity, the First Claim for Relief in the Trustee's Third Amended Complaint is not dismissed by this Order.

3. The First Counterclaim in Elkwood's First Amended Counterclaim (Dkt. 109) is DISMISSED WITH PREJUDICE as against all counter-claim defendants. For avoidance of any ambiguity, the Second and Third Counterclaim in Fieldbrook and Elkwood's First Amended Counterclaim, and each of them, are not dismissed by this Order.

4. The Third, Sixth, Seventh and Eighth Claims for Relief in the Abselets' First Amended Counterclaim (Dkt. 151), and each of them, are DISMISSED WITH PREJUDICE as against all counter-claim defendants. For avoidance of any ambiguity, the First Claim for Relief in the Abselets' First Amended Counterclaim is not dismissed by this Order.

5. For the avoidance of ambiguity, the respective rights of the parties, and each of them, with respect to the claims remaining in this adversary proceeding after

2

entry of this Order, the procedure under which this Court may issue a report and recommendation for entry of judgment by the District Court in this adversary proceeding, any appeals, and the issue of whether the "redemption price" (as the parties and the Court have used that term in this adversary proceeding) for voiding the foreclosure sale of 910 N. Rexford Drive, Beverly Hills, California, will be tried in this adversary or another proceeding are reserved, and not affected by this Order.

6. The Court does not rule on the merits of any of the Claims for Relief that the Court dismisses by this Order. None of the Trustee, the Abselets, or the Nourafshan Parties shall be deemed the prevailing party on those Claims for Relief, and no party shall be entitled his/its attorney's fees and costs solely attributable to litigating those Claims for Relief.

7. For all other purposes, the Trustee's Third Amended Complaint remains as the Trustee's operative Complaint, Elkwood's First Amended Counterclaim remains as Elkwood's operative Counterclaim, and the Abselets' First Amended Counterclaim remains as the Abselets' operative Counterclaim.

8. All defendants and counterclaim defendants need not file an amended response to the Third Amended Complaint, Elkwood's First Amended Counterclaim, or the Abselets' First Amended Counterclaim. (This Order shall not affect any party's outstanding obligation to serve and file a response to the Third Amended Complaint, Elkwood's First Amended Counterclaim, or the Abselets' First Amended Counterclaim.)

9. Nothing in this Order shall affect any pending deadlines, any hearing dates, or the trial date in this adversary proceeding.

10. The effectiveness of the Stipulation, the Stipulation for Withdrawal of Proof of Claim No. 28-1 by Elkwood Associates, LLC, that is being concurrently filed in bankruptcy case no. 1:16-bk-12255-GM (the "Stipulation for Withdrawal"), this Order and the Order on the Stipulation for Withdrawal is conditioned on this Order

3

DOCS_LA:324029.2 32274/001

and the Order on the Stipulation for Withdrawal being final orders, which are not subject to appeal or motions for reconsideration.

11. This Order shall be immediately effective upon entry.

12. The Court shall retain jurisdiction to resolve any and all disputes relating to, and to enforce the terms of, the Stipulation and this Order.

# # # #

DOCS_LA:324029.2 32274/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled: ***STIPULATION TO DISMISS CERTAIN CLAIMS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 4, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) September 4, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Fereydoun Dayani
18345 Ventura Blvd Suite 500
Tarzana, CA 91356

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 4, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY**
The Honorable Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 324
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2019 | Rolanda Mori | /s/ Rolanda Mori |
|---|---|---|
| Date | Printed Name | Signature |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 1:17-ap-01040-MT**

- *Timothy C Aires   tca@arlawyers.com, mdkhan@arlawyers.com*
- *Henry S David   hdavid@davidfirm.com, 8163836420@filings.docketbird.com*
- *Zi Chao Lin   zlin@garrett-tully.com, dcameron@garrett-tully.com*
- *John W Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com*
- *Daniel J McCarthy   dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com*
- *Ashley M McDow   amcdow@foley.com, lbonvissuto@foley.com;Ffarivar@foley.com;swilson@foley.com*
- *Tomas A Ortiz   tortiz@garrett-tully.com*
- *Jeremy V Richards   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Ronald N Richards   ron@ronaldrichards.com, morani@ronaldrichards.com,justin@ronaldrichards.com*
- *United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov*