Jeremy V. Richards (CA Bar No. 102300)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Tel/Fax: 310/277-6910 / 310/201-0760
E-mail:  jrichards@pszjlaw.com
         jlucas@pszjlaw.com

Attorneys for David K. Gottlieb,
Chapter 11 Trustee of the Estates of Solyman
Yashouafar and Massoud Aaron Yashouafar

**FILED & ENTERED**

**OCT 04 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>SOLYMAN YASHOUAFAR and MASSOUD AARON YASHOUAFAR,[1]<br>                       Debtors. | Case No.: 1:16-bk-12255-GM<br><br>Chapter 11<br>Jointly Administered |
| DAVID K. GOTTLIEB, as Chapter 11 Trustee for Massoud Aaron Yashouafar and Solyman Yashouafar,<br>                       Plaintiff,<br>      v.<br><br>ELKWOOD ASSOCIATES, LLC, FIELDBROOK, INC., CITIVEST FINANCIAL SERVICES, INC., ISRAEL ABSELET, HOWARD ABSELET, CHASE MANHATTAN MORTGAGE COMPANY, QUALITY LOAN SERVICE CORPORATION, SODA PARTNERS, LLC, DMARC 2007-CD5 GARDEN STREET, AND STATE STREET BANK AND TRUST COMPANY,<br>                       Defendants. | Adversary No.: 1:17-ap-01040-MT<br><br>**ORDER DENYING MOTION FOR CLARIFICATION OR AMENDMENT OF ORDER GRANTING PARTIAL SUMMARY JUDGMENT [DKT. NO. 217] AND SUPPLEMENTAL MEMORANDUM [DKT. NO. 216]**<br><br>Date: September 24, 2019<br>Time: 3:00 p.m.<br>Place: Courtroom 302<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367<br>       Hon. Maureen A. Tighe, Chief Judge |

---

[1] The Debtors, together with the last four digits of each Debtor's social security number, are: Solyman Yashouafar (5875) and Massoud Aaron Yashouafar (6590).

The hearing on that certain Motion for Clarification or Amendment of Order Granting Partial Summary Judgment [Dkt. No. 217] and Supplemental Memorandum [Dkt. No. 216] (the "Motion"), filed herein by Elkwood Associates, LLC; Fieldbrook, Inc.; Reliable Properties, Inc.; and Jack Nourafshan (collectively, the "Nourafshan Parties") came on for hearing before the Court on September 24, 2019, at 3:00 p.m.  Appearances were as noted on the record.  Upon considering the Motion and the papers and pleadings filed in support thereof, and the opposition thereto filed by plaintiff herein, and after considering the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is denied.

2. The Court is not setting a deadline for the Nourafshan Parties, or any of them, to file a pre- or post-petition claim in Massoud Yashouafar's Chapter 11 case for reimbursement of monies spent on or in connection with the Rexford Home (the "Rexford Reimbursement Claim"), which they have claimed in this adversary proceeding.

3. Nothing herein shall be deemed in any way to affect, modify, amend or supersede the bar date order previously entered by the Court in Massoud Yashouafar's Chapter 11 case [Dkt. No. 425], and the parties' rights and remedies are fully reserved regarding the applicability of that bar date order to any Rexford Reimbursement Claim.

4. On or before October 4, 2019, the Trustee shall file a motion for issuance of a report and recommendation to the District Court on the Trustee's First Claim for Relief (for Quiet Title); any opposition thereto shall be filed by the Nourafshan Parties, and any response by any other party shall be filed, no later than October 18, 2019; any reply in support of the Trustee's motion shall be

///

///

///

1  filed no later than October 25, 2019, after which the Court shall take the matter under submission

2  without oral argument.

3     5.    The Status Conference set for September 24, 2019 is continued to December 4, 2019,

4  at 2:00 p.m.

# # # # #

Date: October 4, 2019

*Maureen A. Tighe* (signature)

Maureen A. Tighe
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:324681.3 32274/001